Principal Attorney, Appeals, and *Don W. Atkins,* Assistant Prosecuting Attorney, for the people, appellant. Reported at 410 Mich 531.

*In re* PRICHARD ESTATE, MURRELL v PARAGON TRANSPORT, INC. (Docket No. 64664.) Rehearing denied. *Matheson, Bieneman, Parr, Schuler & Ewald* and *Dickinson, Wright, McKean, Cudlip & Moon* for plaintiff-appellant-cross-appellee. *Simpson, Moran & Burnett* for defendant-appellee-cross-appellant. Reported at 410 Mich 587.

APRIL 30, 1981

PROPOSED ADOPTION OF PCR 202 AND 802 AND AMENDMENT OF PCR 106, 109, 201, 707, 709, 722, AND 801. On order of the Court, this is to advise that the Court is considering a proposal to adopt new Probate Court Rules 202 and 802 and to amend Probate Court Rules 106, 109, 201, 707, 709, 722, & 801. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 106. PUBLICATION.

.1 (Unchanged.)

.2 Contents of Published Notice. If notice is given to a person by publication because the person's address or whereabouts is not known and cannot be ascertained after diligent inquiry, the published notice must include the name of the person to whom the notice is given and a statement that the result of the hearing may be to bar or affect the person's interest in the estate.

.3—.4 (Formerly .2 and .3, renumbered but otherwise unchanged.)

RULE 109. INTERESTED PARTIES DEFINED.

.1 Special Parties. In addition to parties named in PCR 109.2 with respect to specific proceedings, officers and representatives must be served according to law and court rules, including, but not limited to, the following:

(1)-(2) (Unchanged.)

(3) Administrator of Veterans' Affairs. On a petition for the appointment of a guardian or conservator when the proposed ward is